UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. James M. Woodason**     Docket No. 7:17-CR-79-1D

**Petition for Action on Supervised Release**

COMES NOW David W. Leake, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of James M. Woodason, who, upon an earlier plea of guilty to Conspiracy to Accept Bribes and Commit Wire Fraud (two counts), in violation of 18 U.S.C. § 371, Accepting Bribes, in violation of 18 U.S.C. § 666(a)(1)(B), and Attempting to Evade Tax, in violation of 18 U.S.C. § 7201, was sentenced in the Southern District of New York by the Honorable Denise Cote, U.S. District Judge, on December 9, 2011, to the custody of the Bureau of Prisons for a term of 70 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

James M. Woodason was released from custody on March 2, 2017, at which time the term of supervised release commenced.

On July 19, 2017, jurisdiction was transferred from the Southern District of New York to the Eastern District of North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant was originally ordered to be assessed to determine if treatment for a gambling addiction was needed. An assessment was conducted at Coastal Horizons, Inc. on March 21, 2017, and no treatment was recommended by the mental health treatment provider.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The special condition requiring the defendant to participate in a gambling treatment program is waived.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton                /s/ David W. Leake
Robert L. Thornton                    David W. Leake
Supervising U.S. Probation Officer    U.S. Probation Officer
                                      2 Princess Street, Suite 308
                                      Wilmington, NC 28401-3958
                                      Phone: 910-679-2045
                                      Executed On: November 9, 2017

James M. Woodason
Docket No. 7:17-CR-79-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___15___ day of ___November___, 2017, and ordered filed and made a part of the records in the above case.

_/s/ J. Dever_
James C. Dever III
Chief U.S. District Judge